UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.4.239.115,<br><br>　　　　Defendant. | Case No.17-cv-06057-EDL<br><br>**ORDER DECLINING TO RELATE CASES**<br><br>Re: Dkt. No. 7 |

Before the Court is Plaintiff's Notice of Related Cases, informing the Court that this case may be related to six other cases pending in this district: Strike 3 Holdings, LLC v. John Doe, Case No. 5:17-cv-05960-SVK; Strike 3 Holdings, LLC v. John Doe, Case No. 5:17-cv-05963-NC; Strike 3 Holdings, LLC v. John Doe, Case No. 4:17-cv-05964-HRL; Strike 3 Holdings, LLC v. John Doe, Case No. 3:17-cv-06055-CRB; Strike 3 Holdings, LLC v. John Doe, Case No. 3:17-cv-06058-JCS; and Strike 3 Holdings, LLC v. John Doe, Case No. 3:17-cv-06060-JCS.  As Plaintiff states in its Notice, the six cases each involve a different defendant and the alleged infringement of different copyrights (although there may be some overlap in the copyrights allegedly infringed). Under these circumstances, the Court declines to relate the cases because they do not "concern substantially the same parties, property, transaction or event," as required under Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: November 7, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge