**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:17-cv-06057-EDL |
| Plaintiff, | Honorable Elizabeth D. Laporte |
| vs. | **[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND PROPOSED SUMMONS UNDER SEAL AND FOR AN EXTENSION OF THE LIMITED PROTECTIVE ORDER** |
| JOHN DOE subscriber assigned IP address 24.4.239.115, | |
| Defendant. | **AS MODIFIED** |

1

THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* Motion for Leave to File Amended Complaint and Proposed Summons Under Seal and for an Extension of the Limited Protective Order, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Motion is granted.  Plaintiff may file its Amended Complaint and proposed summons under seal and the limited protected order is extended for 30 days after service of the Amended Complaint is effectuated upon the Defendant.   The Amended Complaint must be filed and service must be completed within 45 days of the date of this Order.

SO ORDERED this 18th day of January, 2018.



United States Magistrate Judge
Honorable Elizabeth D. Laporte

2

[Proposed] Order on Plaintiff's *Ex-Parte* Motion for Leave to File Amended Complaint Under Seal and for Extension of Limited Protective Order          Case No. 3:17-cv-06057-EDL